AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| KAMANA KEOHOHOU and NICHOLAS EVANS, individually and on behalf of all other similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>NORTH AMERICAN DERIVATIVES EXCHANGE, INC., DBA CRYPTO.COM, FORIS DAX, INC., and DOES 1-20,<br><br>*Defendant(s)* | Civil Action No. 1:26-cv-20996-KMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

NORTH AMERICAN DERIVATIVES
EXCHANGE, INC., dba Crypto.com

C / O ILLINOIS CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703-4261

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Wesley M. Griffith
Almeida Law Group LLC
111 W. Ocean Blvd. Ste. 426
Long Beach, CA 90802

Jeffrey Lee Newsome, II
Varnell & Warwick PA
400 N Ashley Drive, Suite 1900
Tampa, FL 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Feb 17, 2026



Angela E. Noble
Clerk of Court

SUMMONS

s/ W. Cendejas
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| KAMANA KEOHOHOU and NICHOLAS EVANS, individually and on behalf of all other similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>NORTH AMERICAN DERIVATIVES EXCHANGE, INC., DBA CRYPTO.COM, FORIS DAX, INC., and DOES 1-20,<br><br>*Defendant(s)* | Civil Action No. 1:26-cv-20996-KMM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Foris DAX, Inc.
C / O Corporation Service Company
1900 W Littleton Blvd
Littleton, CO 80120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Wesley M. Griffith
Almeida Law Group LLC
111 W. Ocean Blvd. Ste. 426
Long Beach, CA 90802

Jeffrey Lee Newsome, II
Varnell & Warwick PA
400 N Ashley Drive, Suite 1900
Tampa, FL 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Feb 17, 2026

s/ W. Cendejas
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court